UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Vincent White,<br><br>    Plaintiff,<br><br>    v.<br><br>Robert Lightfoot, Acting NASA,<br><br>    Defendant, | No. CV 15-3377 SVW (AJWx)<br>JUDGMENT<br><br>**JS-6**<br><br>Honorable Stephen V. Wilson |

On October 12, 2017, the Court took Defendant's Motion for Summary Judgment under submission. The Court having considered the pleadings, evidence presented, Memorandum of Points and Authorities, and in accordance with the Statement of Uncontroverted Facts and Conclusions of Law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment be granted and judgment is hereby entered for Defendant Robert Lighfoot, Acting Administrator of NASA.

DATED: December 6, 2017

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE